No. 03–7833.  HELMS *v.* STRUBIN.  Ct. Sp. App. Md.  Certiorari denied.

No. 03–7835.  GONZALEZ *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–7836.  HARDEN *v.* MURRELL, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 03–7837.  GADLIN *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 03–7839.  MILLER *v.* WEBB, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–7846.  ZANDERS *v.* ANDERSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–7848.  CABELLO *v.* TEXAS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–7849.  AHMADY *v.* BRINCEFIELD, HARTNETT, TOMPKINS & CLARK, P. C.  Sup. Ct. Va.  Certiorari denied.

No. 03–7850.  WANZER *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–7855.  GREENE *v.* MCGRAW, CLERK, CIRCUIT COURT OF VIRGINIA, ROANOKE COUNTY, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–7856.  HALL *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 03–7858.  GUAJARDO *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–7859.  GIBSON ET AL. *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 03–7860.  HAMPTON *v.* HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.